UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Brittany Collet, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11088-DRH |
| *Stephanie Haney, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10131-DRH |
| *Carrie Hudson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10507-DRH |
| *Tara Snyder, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13232-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal that have been filed to date in the above captioned cases, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                JUSTINE FLANAGAN,
                                                ACTING CLERK OF COURT

Digitally signed by David R. Herndon
Date: 2015.06.01 15:08:37 -05'00'

BY:  /s/*Caitlin Fischer*
        **Deputy Clerk**

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT